**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **BRAKE SERVICE, INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Brake Service Group**<br>**DBA  All Roads Fleet Service** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **11-1627344** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **179 Herricks Road**<br>**Garden City Park, NY 11040**<br>Number, Street, City, State & ZIP Code | **Box 109**<br>**Mineola, NY 11501**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Nassau**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.allroadsfleet.com** | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **BRAKE SERVICE, INC.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **BRAKE SERVICE, INC.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor  **BRAKE SERVICE, INC.**                                          Case number (*if known*) _____
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **BRAKE SERVICE, INC.** | Case number (*if known*) | |
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2024**
                MM / DD / YYYY

**X /s/ Steven Prigal**                                    **Steven Prigal**
Signature of authorized representative of debtor          Printed name

Title    **President and Sole Shareholder**

**18. Signature of attorney**

**X /s/ Scott A. Steinberg, Esq.**                        Date    **April 11, 2024**
Signature of attorney for debtor                                  MM / DD / YYYY

**Scott A. Steinberg, Esq. 1838218**
Printed name

**Meltzer, Lippe, Goldstein & Breitstone, LLP**
Firm name

**190 Willis Avenue**
**Mineola, NY 11501**
Number, Street, City, State & ZIP Code

Contact phone    **516-747-0300**        Email address    **ssteinberg@meltzerlippe.com**

**1838218 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **BRAKE SERVICE, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration    **Creditor Matrix Verification**
**Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2024**          X **/s/ Steven Prigal**
                                            Signature of individual signing on behalf of debtor

                                            **Steven Prigal**
                                            Printed name

                                            **President and Sole Shareholder**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **BRAKE SERVICE, INC.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $      1,174,178.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $      1,174,178.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      706,299.92

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      38,933.60

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      1,605,183.28

4.   **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b      $      2,350,416.80

**Fill in this information to identify the case:**

Debtor name    **BRAKE SERVICE, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$150.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Dime Bank** | **Checking** | **2040** | **$4,458.00** |
| 3.2.  **Dime Bank** | **Checking** | **7942** | **$26,657.00** |
| 3.3.  **Dime Bank** | **Payroll** | **8289** | **$3,955.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$35,220.00** |
|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Debtor    **BRAKE SERVICE, INC.**                                    Case number *(If known)* _____
          Name

Description, including name of holder of deposit

7.1.  **Lease security deposit held by MJD Holdings LLC 179**                        **$31,000.00**

7.2.  **Lease security deposit held by Herricks Jericho LLC**                        **$11,142.00**

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

8.1.  **Prepaid insurance for 54-21 48th Street, Maspeth, NY**                       **$6,033.00**

9.     **Total of Part 2.**                                                          | **$48,175.00** |
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **134,349.00**   -        **0.00**   = ....        **$134,349.00**
                             face amount                    doubtful or uncollectible accounts

11b. Over 90 days old:              **671.00**    -        **0.00**   = ....            **$671.00**
                             face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                          | **$135,020.00** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

20.    **Work in progress**

Debtor   **BRAKE SERVICE, INC.**                        Case number *(If known)* _____
_____
Name

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**
      **Parts inventory and**
      **supplies** _____  _____  **$768,269.00**  _____  **$768,269.00**

23.   **Total of Part 5.**                                                                    | **$768,269.00** |
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**Office Furniture** | **$2,000.00** | **Liquidation** | **$2,000.00** |
| **Office Fixtures** | **$2,300.00** | **Liquidation** | **$2,300.00** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and**
      **communication systems equipment and software**
      **Office Equipment** | **$5,100.00** | **Liquidation** | **$5,100.00**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                    | **$9,400.00** |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

Debtor    **BRAKE SERVICE, INC.**                                   Case number *(If known)* _____
           Name

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2013 KIA Elentra** | **$2,500.00** | **Liquidation** | **$2,500.00** |
| 47.2.   **2010 Ford Edge** | **$3,500.00** | **Liquidation** | **$3,500.00** |
| 47.3.   **2012 Ford E250** | **$6,000.00** | | **$6,000.00** |
| 47.4.   **2008 Toyota Highlander** | **$5,500.00** | | **$5,500.00** |
| 47.5.   **2008 Ford E250** | **$2,000.00** | **Liquidation** | **$2,000.00** |
| 47.6.   **2007 Ford E250** | **$7,500.00** | **Liquidation** | **$7,500.00** |
| 47.7.   **2013 Ford E250** | **$7,500.00** | | **$7,500.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**
       **Various tools, machines, equipment**               **$70,000.00**    **Liquidation**    **$70,000.00**

51.    **Total of Part 8.**                                                          | **$104,500.00** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **BRAKE SERVICE, INC.**                                    Case number *(If known)* _____
            Name

---

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations**<br>Customer List | Unknown | | Unknown |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**                                                                  $0.00

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**
Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Debtor    **BRAKE SERVICE, INC.**                            Case number *(If known)* _____
          Name

**Tax Refund for 2023**                          Tax year  **2023** _____          **Unknown**

_____

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

       **Employee Retention Credit for 2020**                                    **$73,594.00**

_____

78.    **Total of Part 11.**                                              **$73,594.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

| Debtor | **BRAKE SERVICE, INC.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$35,220.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$48,175.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$135,020.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$768,269.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$9,400.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$104,500.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$73,594.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,174,178.00** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,174,178.00** |

**Fill in this information to identify the case:**

Debtor name __**BRAKE SERVICE, INC.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Dime Community Bank** | Describe debtor's property that is subject to a lien | **$574,069.76** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1055 Franklin Avenue
Garden City, NY 11530**

Creditor's mailing address

**Accounts receivable, inventory, equioment, all assets**

Describe the lien
**Consensual Lien on All Assets**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/27/17**

**Last 4 digits of account number**
**0042**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Dime Community Bank** | Describe debtor's property that is subject to a lien | **$132,230.16** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1055 Franklin Avenue
Garden City, NY 11530**

Creditor's mailing address

**All assets**

Describe the lien
**Consensual Lien on All Assets**

**eric.cruz@dime.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0166**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **BRAKE SERVICE, INC.**                                Case number (*if known*) _____
                    Name

■ No

☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.                              ☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$706,299.92** |

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dime Community Bank**<br>**481 Montauk Hwy**<br>**East Moriches, NY 11940** | Line __**2.1**__ | **Attn: SBA**<br>**Lending** |
| **Dime Community Bank**<br>**481 Montauk Hwy**<br>**East Moriches, NY 11940** | Line __**2.2**__ | |

---

**Fill in this information to identify the case:**

Debtor name    **BRAKE SERVICE, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

**NYS Dept of Taxation & Fi**
**Building 8, Room 455**
**W.A. Harriman State Campu**
**Albany, NY 12227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

56203

Debtor     **BRAKE SERVICE, INC.**                                    Case number (if known) _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NYS Unemployment Ins. Fun**
**PO Box 551**
**Albany, NY 12201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$38,933.60** | **$0.00** |
|---|---|---|---|---|

**Receiver of Taxes**
**200 Plandome Road**
**Manhasset, NY 11030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**School Taxes**

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,774.12** |
|---|---|---|---|

**Accuride Distribution**
**4050 Rock Creek Blvd.**
**Joliet, IL 60431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,001.59** |
|---|---|---|---|

**Airweld Inc.**
**94 Marine Street**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166,181.40** |
|---|---|---|---|

**AL Carr Agency**
**101 Mill Dam Road**
**Centerport, NY 11721**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **BRAKE SERVICE, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.89 |
|---|---|---|---|

**Amazon Business**
P.O. Box 035184
Seattle, WA 98124-5184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,801.80 |
|---|---|---|---|

**American Express**
P.O. Box 1270
Newark, NJ 07101-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **4004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263,180.00 |
|---|---|---|---|

**American Express**
PO Box  570662
Atlanta, GA 30357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Working Capital Loan**

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,412.00 |
|---|---|---|---|

**American Express Business**
PO Box 570662
Atlanta, GA 30357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Line of Credit**

Last 4 digits of account number  **3994**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,422.75 |
|---|---|---|---|

**Atlantic States Lubricant**
147 Gazza Blvd.
Farmingdale, NY 11735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,291.89 |
|---|---|---|---|

**Automann**
P.O. Box  7566
Monroe Township, NJ 08831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,138.11 |
|---|---|---|---|

**Battery Systems Inc**
12322 Monarch Street
Garden Grove, CA 92841

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRAKE SERVICE, INC.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.11** **Nonpriority creditor's name and mailing address**

**BBB Industries**
**Dept # 30761**
**Birmingham, AL 35287-9235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,209.00**

---

**3.12** **Nonpriority creditor's name and mailing address**

**Bendix - US**
**901 Cleveland Street**
**Elyria, OH 44035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$78,125.66**

---

**3.13** **Nonpriority creditor's name and mailing address**

**Boro Wide Recycling Corp**
**3 Railroad Place**
**Maspeth, NY 11378**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$607.69**

---

**3.14** **Nonpriority creditor's name and mailing address**

**Brake Parts Inc**
**P.O. Box 208857**
**Dallas, TX 75320-8857**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,393.89**

---

**3.15** **Nonpriority creditor's name and mailing address**

**Brian McQuade**
**1 Ivy Court**
**Centereach, NY 11720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Share repurchase**

Is the claim subject to offset? ■ No ☐ Yes

**$44,881.00**

---

**3.16** **Nonpriority creditor's name and mailing address**

**Buyers Products Company**
**P O Box 74237**
**Cleveland, OH 44194**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,369.06**

---

**3.17** **Nonpriority creditor's name and mailing address**

**Con Edison**
**JAF Station**
**New York, NY 10116-1702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,158.68**

---

| Debtor | **BRAKE SERVICE, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,779.92** |
|---|---|---|---|

**Dayton Parts**
**P.O. Box 643417**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$434.78** |
|---|---|---|---|

**Dejana Truck & Util Equip**
**P.O. Box 21113**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,001.99** |
|---|---|---|---|

**Diehl & Sons**
**129-01 Atlantic Avenue**
**Richmond Hill, NY 11418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$176,682.43** |
|---|---|---|---|

**Donaldson Company**
**P O Box 207356**
**Dallas, TX 75320-7356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,035.03** |
|---|---|---|---|

**Duroline North America**
**P O Box 7342**
**Norfolk, VA 23509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,495.00** |
|---|---|---|---|

**Elite Battery Group**
**505 Ringwood Avenue**
**Pompton Lakes, NJ 07442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Federal Mogul/Abex**
**PO Box 636438**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRAKE SERVICE, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44.12**

**FEDEX**
**PO Box 223125**
**Pittsburgh, PA 15251-2125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fleet Pride Truck & Trail**
**PO Box 281811**
**Atlanta, GA 30384-1811**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,100.12**

**Gabrielli Truck Sales**
**PO Box 358137**
**Pittsburgh, PA 15251-5137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,060.00**

**Garden City Park Water Di**
**PO Box 806**
**Garden City Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,480.50**

**Gates Rubber Co**
**PO Box 102036**
**Atlanta, GA 30368-2036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**GetOEM Parts**
**33 Sharpe Drive**
**Cranston, RI 02920**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,639.51**

**Global Parts Network**
**760 McArale Drive**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BRAKE SERVICE, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,508.21**

**Grand Rock**
**395 Fountain Avenue**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,166.66**

**Grassi & Co**
**50 Jericho Quadrangle**
**Jericho, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,920.55**

**Grote Industries**
**2600 Lanier Drive**
**Madison, IN 47250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,555.80**

**Haldex Brake Systems**
**PO Box 776784**
**Chicago, IL 60677-6784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,376.59**

**Hart Home Comfort**
**30 Montauk Blvd**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,722.91**

**Herricks Jericho LLC**
**422 E 72nd Street**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$489.00**

**Hub Spring & Suspensions**
**Fulton and Cornelia Ave**
**Garden City Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BRAKE SERVICE, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,364.74**

**Jamaica Ash & Rubbish**
**172 School Street**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,829.72**

**Keystone Screw Corp**
**PO Box V**
**Willow Grove, PA 19090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Maximina Hernandez**
**960 Braxton Street**
**Uniondale, NY 11553**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Personal injury claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,654.96**

**MEI Corporation**
**PO Box 531782**
**Atlanta, GA 30353-1782**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,355.14**

**Meritor Automotice Inc**
**PO Box  70193**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,768.50**

**Micompro Limited**
**PO Box 67013**
**Sunningdale PO**
**London, ON**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,781.31**

**Mid America Clutch Co**
**5600 Upper Mt Vernon Rd**
**Evansville, IN 47712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRAKE SERVICE, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94,033.33** |
|---|---|---|---|

**MJD Holdings LLC**
**40 Dorethy Road**
**Redding, CT 06896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,123.18** |
|---|---|---|---|

**Modern Cleaning Systems**
**PO Box 37**
**West Islip, NY 11795**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,744.83** |
|---|---|---|---|

**MOOG - US**
**PO Box 775920**
**Chicago, IL 60677-5920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.00** |
|---|---|---|---|

**Nassau Cnty Fire Comm**
**1194 Prospect Avenue**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,651.02** |
|---|---|---|---|

**NetSuite - BOA Leasing**
**Lease Administration Cent**
**PO Box 405874**
**  GA 30387-5874**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$926.26** |
|---|---|---|---|

**Office Depot**
**PO Box 88040**
**Chicago, IL 60680-1040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,137.50** |
|---|---|---|---|

**Opus Inspection**
**98 Niver Street**
**Cohoes, NY 12047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BRAKE SERVICE, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,444.37**

**Parts Authority LLC**
**PO Box 744895**
**Atlanta, GA 30374-4895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$344.26**

**Pat's Service Station**
**58-09 Rust Street**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,534.70**

**Prestolite Leece**
**PO Box 77043**
**Cleveland, OH 44194-7043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Quadrient Leasing/Mail**
**Dept 3682**
**PO Box 123682**
**Dallas, TX 75312-3682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,070.38**

**Quill**
**PO Box 37600**
**Philadelphia, PA 19101-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,959.46**

**Seymour of Sycamore, Inc**
**PO Box 87618**
**Chicago, IL 60680-0618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,049.89**

**SKF**
**PO Box 74007487**
**Chicago, IL 60674-7487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRAKE SERVICE, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,268.04** |
|---|---|---|---|

**Stemco Inc**
**PO Box 98511**
**Chicago, IL 60693-0626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,959.82** |
|---|---|---|---|

**T.F. Obrien Cooling**
**100 Denton Ave**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330.50** |
|---|---|---|---|

**The Timken Corp**
**28838 Network Place**
**Chicago, IL 60673-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,807.28** |
|---|---|---|---|

**TJM Discount Automotive**
**263 Merritt Ave**
**Wyandanch, NY 11798**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,732.87** |
|---|---|---|---|

**Tommy Gate Company**
**33717 N Scottsdale Road**
**Scottsdale, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Traffic Lane Closures**
**PO Box 726**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,843.56** |
|---|---|---|---|

**Triangle Auto Spring**
**PO Box 98745**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **BRAKE SERVICE, INC.**
<br>Name

Case number (if known) _____

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**Triple P Auto Service**
**188 Herricks Road**
**Mineola, NY 11501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.66 |
|---|---|---|---|

**Unifirst Nassau**
**PO Box 650481**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.43 |
|---|---|---|---|

**Unifirst Queens**
**PO Box 650481**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**UPS**
**PO Box 7247-0244**
**Philadelphia, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,913.23 |
|---|---|---|---|

**Velvac**
**PO Box 7457**
**Carol Stream, IL 60197-7457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.98 |
|---|---|---|---|

**Verizon**
**PO Box 15124**
**Albany, NY 12212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,651.34 |
|---|---|---|---|

**Walker Emmissions Control**
**3864 Solutions Center**
**Chicago, IL 60677-3008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **BRAKE SERVICE, INC.**                                          Case number (if known) _____
      Name

| | | | |
|---|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,944.00** |

    **Webb Wheel**
    **Box 91751**
    **Chicago, IL 60693**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

    **Date(s) debt was incurred** _

    Basis for the claim:  **Trade Debt**

    **Last 4 digits of account number** _

    Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.37** |

    **Westbury Paper Stock**
    **PO Box 833**
    **Westbury, NY 11590**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

    **Date(s) debt was incurred** _

    Basis for the claim:  **Trade Debt**

    **Last 4 digits of account number** _

    Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Campolo, Middleton & McCo**<br>**4175 Veterans Memorial Hw**<br>**Ronkonkoma, NY 11779** | Line  **3.15**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Licatesi Law Group, LLP**<br>**423 RXR Plaza, East Tower**<br>**Uniondale, NY 11556** | Line  **3.41**<br><br>☐ Not listed. Explain _____ | **Maximina Herna ndez** |
| 4.3 | **U. S. Attorney's Office**<br>**Tax and Bktcy Unit**<br>**271 Cadman Plaza East**<br>**Brooklyn, NY 11201** | Line  **2.1**<br><br>☐ Not listed. Explain _____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **38,933.60** |
| **5b. Total claims from Part 2** | 5b. + $ | **1,605,183.28** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **1,644,116.88** |

**Fill in this information to identify the case:**

Debtor name    **BRAKE SERVICE, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number *(if known)*   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for premises located at 179 Herricks Road, Garden City Park, New York 11040 Lease expires March 2027**<br><br>**Herricks Jericho LLC**<br>**422 East 72nd Street**<br>**New York, NY 10021** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Auto lease for 2013 Issuzu NRR (lease term expired)**<br><br>**Merchants Auto Group LLC**<br>**PO Box 545636**<br>**Boston, MA 02284-5636** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Auto lease for 2013 Nissan Rouge (lease term expired)**<br><br>**Merchants Auto Group LLC**<br>**PO Box 545636**<br>**Boston, MA 02284-5636** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Auto lease for 2008 Ford E250 (lease term expired)**<br><br>**Merchants Auto Group LLC**<br>**PO Box 545636**<br>**Boston, MA 02284-5636** |

| Debtor 1 | **BRAKE SERVICE, INC.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises located at 54-21 48th Street, Maspeth, New York.** | |
|---|---|---|---|
| | State the term remaining | **Lease expires October 2033** | **MJD Holdings LLC** |
| | List the contract number of any government contract | | **40 Dorethy Road** |
| | | | **Redding, CT 06896** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud based accounting and ERP** | |
|---|---|---|---|
| | State the term remaining | | **NetSuite - BOA Leasing** |
| | List the contract number of any government contract | | **Lease Administration Cent** |
| | | | **PO Box 405874** |
| | | | **Atlanta, GA 30387-5874** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for postage related equipment** | |
|---|---|---|---|
| | State the term remaining | | **Quadient Leasing Mail/Fin** |
| | List the contract number of any government contract | | **Dept 3682** |
| | | | **PO Box 123682** |
| | | | **Dallas, TX 75312-3682** |

**Fill in this information to identify the case:**

Debtor name    **BRAKE SERVICE, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Georgette Prigal** | **18 Cobblers Lane Dix Hills, NY 11746 Guarantor** | **Dime Community Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Georgette Prigal** | **18 Cobblers Lane Dix Hills, NY 11746 Guarantor** | **Dime Community Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Huntington Brake Service** | **448 E Jericho Turnpike Huntington Station, NY 11746 Co-Borrower** | **Dime Community Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Huntington Brake Service** | **448 E Jericho Turnpike Huntington Station, NY 11746 Co-Borrower** | **Dime Community Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.5 **Steven Prigal** | **18 Cobblers Lane Dix Hills, NY 11746 Guarantor** | **Dime Community Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Debtor    **BRAKE SERVICE, INC.**                                    Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| | | | | |
|---|---|---|---|---|
| 2.6 | **Steven Prigal** | **18 Cobblers Lane**<br>**Dix Hills, NY 11746**<br>**Guarantor** | **Dime Community Bank** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Steven Prigal** | **18 Cobblers Lane**<br>**Dix Hills, NY 11746** | **American Express Business** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.8 | **Steven Prigal** | **18 Cobblers Lane**<br>**Dix Hills, NY 11746** | **American Express** | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.9 | **Steven Prigal** | **18 Cobblers Lane**<br>**Dix Hills, NY 11746** | **Brian McQuade** | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>BRAKE SERVICE, INC.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | $627,345.00 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | $4,897,950.00 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $5,902,169.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | | $0.00 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | | $0.00 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | | $0.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

| Debtor | **BRAKE SERVICE, INC.** | Case number *(if known)* | |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **ADP Payroll** | **2/28/2024** | **$49,662.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **AL Carr Agency**<br>**101 Mill Dam Road**<br>**Centerport, NY 11721** | | **$32,452.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** | | **$55,682.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.4. | **American Express**<br>**PO Box  570662**<br>**Atlanta, GA 30357** | | **$240,599.94** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Automann**<br>**P.O. Box  7566**<br>**Monroe Township, NJ 08831** | **1/9/24 -**<br>**2/20/24** | **$94,974.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Receiver of Taxes**<br>**200 Plandome Road**<br>**Manhasset, NY 11030** | **2/10/2024** | **$23,196.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.7. | **Dejana Truck & Util Equip**<br>**P.O. Box 21113**<br>**New York, NY 10087** | **1/3/24 -**<br>**2/26/24** | **$9,050.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **BRAKE SERVICE, INC.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Dime Community Bank** **1055 Franklin Avenue** **Garden City, NY 11530** | | **$65,544.04** | ■ Secured debt □ Unsecured loan repayments □ Suppliers or vendors □ Services □ Other___ |
| 3.9. **Donaldson Company** **P O Box 207356** **Dallas, TX 75320-7356** | **1/24/24 - 3/4/24** | **$116,946.53** | □ Secured debt □ Unsecured loan repayments ■ Suppliers or vendors □ Services □ Other___ |
| 3.10. **Duroline North America** **P O Box 7342** **Norfolk, VA 23509** | **2/23/24** | **$40,000.00** | □ Secured debt □ Unsecured loan repayments ■ Suppliers or vendors □ Services □ Other___ |
| 3.11. **Herricks Jericho LLC** **422 E 72nd Street** **New York, NY 10021** | | **$18,514.84** | □ Secured debt □ Unsecured loan repayments □ Suppliers or vendors □ Services ■ Other__**rent**__ |
| 3.12. **Hub Spring & Suspensions** **Fulton and Cornelia Ave** **Garden City Park, NY 11040** | **1/4/24** | **$10,835.10** | □ Secured debt □ Unsecured loan repayments ■ Suppliers or vendors □ Services □ Other___ |
| 3.13. **American Express Business** **PO Box 570662** **Atlanta, GA 30357** | **1/29/24 - 3/26/24** | **$77,287.98** | □ Secured debt ■ Unsecured loan repayments □ Suppliers or vendors □ Services □ Other___ |
| 3.14. **Meritor Automotice Inc** **PO Box  70193** **Chicago, IL 60673** | **1/9/24 - 2/29/24** | **$19,895.51** | □ Secured debt □ Unsecured loan repayments ■ Suppliers or vendors □ Services □ Other___ |
| 3.15. **MGM Brakes** | **1/28/24 - 2/8/24** | **$8,050.34** | □ Secured debt □ Unsecured loan repayments ■ Suppliers or vendors □ Services □ Other___ |

Debtor  **BRAKE SERVICE, INC.** _____  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.16. **MJD Holdings LLC** **40 Dorethy Road** **Redding, CT 06896** | 1/17/24 | $76,350.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **rent** |
| 3.17. **NetSuite - BOA Leasing** **Lease Administration Cent** **PO Box 405874** **GA 30387-5874** | 2/12/24 - 3/13/24 | $21,636.52 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.18. **Parts Authority LLC** **PO Box 744895** **Atlanta, GA 30374-4895** | 1/15/24 | $19,021.51 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19. **TJM Discount Automotive** **263 Merritt Ave** **Wyandanch, NY 11798** | 1/15/24 - 3/13/24 | $26,142.91 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.20. **Truck Lite** | 2/22/24 | $28,392.37 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Steven Prigal** **18 Cobblers Lane** **Dix Hills, NY 11746** **President/COO** | 4/1/23 - 3/31/24 | $168,193.35 | **Compensation** |
| 4.2. **Georgette Prigal** **18 Cobblers Lane** **Dix Hills, NY 11746** **V.P of Finance** | 4/1/23 - 3/31/24 | $133,247.42 | **Compensation** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **BRAKE SERVICE, INC.** _____    Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Hernandez v. Brake Service, Inc. and  Steven Prigal Nassau Supreme 603444/2024** | Personal Injury | **Supreme Court, Nassau County County Seat Drive Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Nassau Cnty Republican Comm** | **2022 and 2023 Patriots Reception Tickets** | | **$1,800.00** |
| | **Recipients relationship to debtor None** | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | BRAKE SERVICE, INC. | | Case number *(if known)* | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Meltzer, Lippe, Goldstein & Breitstone,<br>190 Willis Avenue<br>Mineola, NY 11501 | Attorney Fees | 3/28/2024 | $17,162.00 |
| | Email or website address<br>ssteinberg@meltzerlippe.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

Debtor    **BRAKE SERVICE, INC.** _____    Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **BRAKE SERVICE, INC.** | Case number *(if known)* | |
|--------|-------------------------|--------------------------|--|

not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

**Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|-----------------------|-------------------------------------|------------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|

Debtor   **BRAKE SERVICE, INC.** _____   Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Grassi & Company**<br>**Attn: Patrick Fahey**<br>**50 Jericho Quadrangle**<br>**Suite 200**<br>**Jericho, NY 11753** | **2009 to date** |
| 26a.2. **Georgette Prigal**<br>**18 Cobblers lane**<br>**Dix Hills, NY 11746** | **September 2012 to date** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Grassi & Company**<br>**Patrick Fahey, Audit Partner**<br>**50 Jericho Quadrangle**<br>**Suite 200**<br>**Jericho, NY 11753** | **2009 to date** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Grassi & Company**<br>**Attn: Patrick Fahey**<br>**50 Jericho Quadrangle**<br>**Suite 200**<br>**Jericho, NY 11753** | |
| 26c.2. **Brake Service, Inc.**<br>**179 Herricks Road**<br>**Garden City Park, NY 11040** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Dime Community Bank**<br>**1055 Franklin Avenue**<br>**Garden City, NY 11530** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **BRAKE SERVICE, INC.**      Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven Prigal | 18 Cobblers Lane Dix Hills, NY 11746 | President and sole shareholder | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Georgette Prigal | 18 Cobblers lane Dix Hills, NY 11746 | Vice President Finance | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Steven Prigal 18 Cobblers Lane Dix Hills, NY 11746 | Compensation:  $168,193.35 | 4/1/23 - 3/31/24 | Compensation |
| | Relationship to debtor President and Sole Shareholder | | | |
| 30.2. | Georgette Prigal 18 Cobblers Lane Dix Hills, NY 11746 | Compensation:  $133,247.42 | 4/1/23 - 3/31/24 | Compensation |
| | Relationship to debtor V. P. Finance | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

| Debtor | **BRAKE SERVICE, INC.** | | Case number *(if known)* | |

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2024**

**/s/ Steven Prigal**                          **Steven Prigal**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President and Sole Shareholder**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re **BRAKE SERVICE, INC.** _____   Case No. _____

Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____**17,162.00**

    Prior to the filing of this statement I have received _____   $ _____**17,162.00**

    Balance Due _____   $ _____**0.00**

2.  $ \_\_**338.00**\_\_ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 11, 2024** _____        **/s/ Scott A. Steinberg, Esq.** _____
*Date*                                    **Scott A. Steinberg, Esq. 1838218**
                                          *Signature of Attorney*
                                          **Meltzer, Lippe, Goldstein & Breitstone, LLP**
                                          **190 Willis Avenue**
                                          **Mineola, NY 11501**
                                          **516-747-0300  Fax: 516-747-0653**
                                          **ssteinberg@meltzerlippe.com**
                                          *Name of law firm*

# United States Bankruptcy Court
### Eastern District of New York

In re   **BRAKE SERVICE, INC.**                                    Case No.
                                          Debtor(s)        Chapter     **7**

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **April 11, 2024**                    **/s/ Steven Prigal**
                                              **Steven Prigal/President and Sole Shareholder**
                                              Signer/Title

Date:   **April 11, 2024**                    **/s/ Scott A. Steinberg, Esq.**
                                              Signature of Attorney
                                              **Scott A. Steinberg, Esq. 1838218**
                                              **Meltzer, Lippe, Goldstein & Breitstone, LLP**
                                              **190 Willis Avenue**
                                              **Mineola, NY 11501**
                                              **516-747-0300   Fax: 516-747-0653**

Scott A. Steinberg, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501


BRAKE SERVICE, INC.
Box 109
Mineola, NY 11501


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


NYC Dept of Finance
Office of Lagal Affairs
375 Pearl Street, 30th Flr
New York, NY 10038


NYS Dept of Taxation & Finance
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227


NYS Unemployment Ins. Fund
PO Box 551
Albany, NY 12201


Accuride Distribution
4050 Rock Creek Blvd.
Joliet, IL 60431


Airweld Inc.
94 Marine Street
Farmingdale, NY 11735


AL Carr Agency
101 Mill Dam Road
Centerport, NY 11721


Amazon Business
P.O. Box 035184
Seattle, WA 98124-5184

American Express
P.O. Box 1270
Newark, NJ 07101-1270


American Express
PO Box 570662
Atlanta, GA 30357


American Express Business
PO Box 570662
Atlanta, GA 30357


Atlantic States Lubricant
147 Gazza Blvd.
Farmingdale, NY 11735


Automann
P.O. Box 7566
Monroe Township, NJ 08831


Battery Systems Inc
12322 Monarch Street
Garden Grove, CA 92841


BBB Industries
Dept # 30761
Birmingham, AL 35287-9235


Bendix - US
901 Cleveland Street
Elyria, OH 44035


Boro Wide Recycling Corp
3 Railroad Place
Maspeth, NY 11378


Brake Parts Inc
P.O. Box 208857
Dallas, TX 75320-8857


Brian McQuade
1 Ivy Court
Centereach, NY 11720

Buyers Products Company
P O Box 74237
Cleveland, OH 44194

Campolo, Middleton & McCo
4175 Veterans Memorial Hw
Ronkonkoma, NY 11779

Con Edison
JAF Station
New York, NY 10116-1702

Dayton Parts
P.O. Box 643417
Pittsburgh, PA 15264

Dejana Truck & Util Equip
P.O. Box 21113
New York, NY 10087

Diehl & Sons
129-01 Atlantic Avenue
Richmond Hill, NY 11418

Dime Community Bank
1055 Franklin Avenue
Garden City, NY 11530

Dime Community Bank
481 Montauk Hwy
East Moriches, NY 11940

Donaldson Company
P O Box 207356
Dallas, TX 75320-7356

Duroline North America
P O Box 7342
Norfolk, VA 23509

Elite Battery Group
505 Ringwood Avenue
Pompton Lakes, NJ 07442

Federal Mogul/Abex
PO Box 636438
Cincinnati, OH 45263


FEDEX
PO Box 223125
Pittsburgh, PA 15251-2125


Fleet Pride Truck & Trail
PO Box 281811
Atlanta, GA 30384-1811


Gabrielli Truck Sales
PO Box 358137
Pittsburgh, PA 15251-5137


Garden City Park Water Di
PO Box 806
Garden City Park, NY 11040


Gates Rubber Co
PO Box 102036
Atlanta, GA 30368-2036


Georgette Prigal
18 Cobblers Lane
Dix Hills, NY 11746


GetOEM Parts
33 Sharpe Drive
Cranston, RI 02920


Global Parts Network
760 McArale Drive
Crystal Lake, IL 60014


Grand Rock
395 Fountain Avenue
Painesville, OH 44077


Grassi & Co
50 Jericho Quadrangle
Jericho, NY 11753

Grote Industries
2600 Lanier Drive
Madison, IN 47250

Haldex Brake Systems
PO Box 776784
Chicago, IL 60677-6784

Hart Home Comfort
30 Montauk Blvd
Oakdale, NY 11769

Herricks Jericho LLC
422 E 72nd Street
New York, NY 10021

Herricks Jericho LLC
422 East 72nd Street
New York, NY 10021

Hub Spring & Suspensions
Fulton and Cornelia Ave
Garden City Park, NY 11040

Huntington Brake Service
448 E Jericho Turnpike
Huntington Station, NY 11746

Jamaica Ash & Rubbish
172 School Street
Westbury, NY 11590

Keystone Screw Corp
PO Box V
Willow Grove, PA 19090

Licatesi Law Group, LLP
423 RXR Plaza, East Tower
Uniondale, NY 11556

Maximina Hernandez
960 Braxton Street
Uniondale, NY 11553

MEI Corporation
PO Box 531782
Atlanta, GA 30353-1782

Merchants Auto Group LLC
PO Box 545636
Boston, MA 02284-5636

Meritor Automotice Inc
PO Box 70193
Chicago, IL 60673

Micompro Limited
PO Box 67013
Sunningdale PO
London, ON

Mid America Clutch Co
5600 Upper Mt Vernon Rd
Evansville, IN 47712

MJD Holdings LLC
40 Dorethy Road
Redding, CT 06896

Modern Cleaning Systems
PO Box 37
West Islip, NY 11795

MOOG - US
PO Box 775920
Chicago, IL 60677-5920

Nassau Cnty Fire Comm
1194 Prospect Avenue
Westbury, NY 11590

NetSuite - BOA Leasing
Lease Administration Cent
PO Box 405874
GA 30387-5874

NetSuite - BOA Leasing
Lease Administration Cent
PO Box 405874
Atlanta, GA 30387-5874


NYS Dept of Taxation & Fi
Building 8, Room 455
W.A. Harriman State Campu
Albany, NY 12227


NYS Unemployment Ins. Fun
PO Box 551
Albany, NY 12201


Office Depot
PO Box 88040
Chicago, IL 60680-1040


Office of the U.S. Truste
560 Federal Plaza
Central Islip, NY 11722


Office of U.S. Trustee
560 Federal Plaza
Central Islip, NY 11722


Opus Inspection
98 Niver Street
Cohoes, NY 12047


Parts Authority LLC
PO Box 744895
Atlanta, GA 30374-4895


Pat's Service Station
58-09 Rust Street
Maspeth, NY 11378


Prestolite Leece
PO Box 77043
Cleveland, OH 44194-7043

Quadient Leasing Mail/Fin
Dept 3682
PO Box 123682
Dallas, TX 75312-3682


Quadrient Leasing/Mail
Dept 3682
PO Box 123682
Dallas, TX 75312-3682


Quill
PO Box 37600
Philadelphia, PA 19101-0600


Receiver of Taxes
200 Plandome Road
Manhasset, NY 11030


Seymour of Sycamore, Inc
PO Box 87618
Chicago, IL 60680-0618


SKF
PO Box 74007487
Chicago, IL 60674-7487


Stemco Inc
PO Box 98511
Chicago, IL 60693-0626


Steven Prigal
18 Cobblers Lane
Dix Hills, NY 11746


T.F. Obrien Cooling
100 Denton Ave
New Hyde Park, NY 11040


The Timken Corp
28838 Network Place
Chicago, IL 60673-1288


TJM Discount Automotive
263 Merritt Ave
Wyandanch, NY 11798

Tommy Gate Company
33717 N Scottsdale Road
Scottsdale, AZ 85266


Traffic Lane Closures
PO Box 726
Chicago, IL 60693


Triangle Auto Spring
PO Box 98745
Chicago, IL 60693


Triple P Auto Service
188 Herricks Road
Mineola, NY 11501


U. S. Attorney's Office
Tax and Bktcy Unit
271 Cadman Plaza East
Brooklyn, NY 11201


Unifirst Nassau
PO Box 650481
Dallas, TX 75265


Unifirst Queens
PO Box 650481
Dallas, TX 75265


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001


Velvac
PO Box 7457
Carol Stream, IL 60197-7457


Verizon
PO Box 15124
Albany, NY 12212


Walker Emmissions Control
3864 Solutions Center
Chicago, IL 60677-3008

Webb Wheel
Box 91751
Chicago, IL 60693

Westbury Paper Stock
PO Box 833
Westbury, NY 11590

# United States Bankruptcy Court
## Eastern District of New York

In re   __BRAKE SERVICE, INC.__

                        Debtor(s)

Case No.

Chapter   __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __BRAKE SERVICE, INC.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 11, 2024__

Date

__/s/ Scott A. Steinberg, Esq.__

__Scott A. Steinberg, Esq. 1838218__

Signature of Attorney or Litigant

Counsel for   __BRAKE SERVICE, INC.__

__Meltzer, Lippe, Goldstein & Breitstone, LLP__
__190 Willis Avenue__
__Mineola, NY 11501__
__516-747-0300 Fax:516-747-0653__
__ssteinberg@meltzerlippe.com__

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  BRAKE SERVICE, INC.                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Scott A. Steinberg, Esq.**
_____
**Scott A. Steinberg, Esq. 1838218**
Signature of Debtor's Attorney
**Meltzer, Lippe, Goldstein & Breitstone, LLP**
**190 Willis Avenue**
**Mineola, NY 11501**
**516-747-0300 Fax:516-747-0653**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.